## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**BEMIS MANUFACTURING COMPANY,**

        Plaintiff,

                                                        **Case No. 06-C-726**

    **-vs-**

**WDI INTERNATIONAL, INC.,**

        Defendant.

## STIPULATED PROTECTIVE ORDER

Based upon the Stipulation for a Protective Order Regarding Designation, Protection and Nondisclosure of Confidential Information agreed to by the parties on April 27, 2007, the Court hereby enters the Stipulated Protective Order as submitted.

Dated at Milwaukee, Wisconsin, this 30th day of April, 2007.

                                                    **SO ORDERED,**

                                                    **s/ Rudolph T. Randa**
                                                    **HON. RUDOLPH T. RANDA**
                                                    **Chief Judge**