# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BEMIS MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>WDI INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 06-CV-0726 RTR |

### ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER

The Court having read and considered the parties' Joint Motion to Modify Scheduling Order and good cause appearing therefor, orders that the dates in the Scheduling Order filed on November 1, 2006 are continued as follows:

1. On or before December 2, 2007, the plaintiff shall notify the defendant of any expert witnesses the plaintiff may call at trial, and shall submit with that notice a report containing all the information that the defendant could obtain under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure through the use of interrogatories, or the plaintiff will be barred from calling such witnesses as experts at trial.

2. On or before December 2, 2007, the defendant shall notify the plaintiff of any expert witnesses the defendant may call at trial, and shall submit with that notice a report containing all the information that the plaintiff could obtain under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure through the use of interrogatories, or the defendant will be barred from calling such witnesses as experts at trial.

3. On or before January 2, 2008, the parties shall notify one another of any rebuttal expert witnesses they may call at trial, and shall submit with that notice a report containing all the information that the opposing party could obtain under Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure through the use of interrogatories, or the moving party will be barred from calling such rebuttal witnesses

as experts at trial.

4.  All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than March 16, 2008.

5.  Dispositive motions shall be filed on or before April 15, 2008.  When a motion for summary judgment is filed electronically utilizing the Court's Electronic Case Filing system, counsel shall also provide this chamber with a paper copy of the motion and all accompanying briefs.

6.  If approved, upon issuance of the Court's decision and order on any dispositive motions the Court will schedule a status conference to set dates for a telephonic final pretrial conference and trial.


**SO ORDERED**.


Dated:  _____July 3, 2007__                    s/ Rudolph T. Randa_____
                                                HONORABLE RUDOLPH T. RANDA
                                                CHIEF JUDGE