# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BEMIS MANUFACTURING COMPANY,**

        Plaintiff,

                              Case No. 06-C-726

**-vs-**

**WDI INTERNATIONAL, INC.,**

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS**, Plaintiff Bemis Manufacturing Company ("Bemis") and Defendant WDI International, Inc. ("WDI") have agreed to a settlement of all claims that were brought in this civil action, and the parties have entered a Stipulation for Dismissal consistent with this Order.

**NOW THEREFORE, IT IS ORDERED THAT:**

1. Bemis' Complaint shall be dismissed with prejudice.

2. Each party to this Order shall bear its own costs and attorneys' fees.

3. This Court shall retain exclusive jurisdiction and venue to enforce the terms of the Settlement Agreement.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2007.

                **SO ORDERED,**

                **s/ Rudolph T. Randa**
                **HON. RUDOLPH T. RANDA**
                **Chief Judge**